**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHERMON DORN,

       Plaintiff,

v.                                      Case No: 6:17-cv-1262-Orl-40TBS

LOWMAN'S ENTERPRISES GROUP,
INC., JIMMIE LOWMAN and
ESPERANZA LOWMAN,

       Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Amended Joint Motion for Approval of Settlement Agreement (Doc. 28) filed on February 19, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 1, 2018 (Doc. 30), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' amended settlement agreement (Doc. 28-1) is **REJECTED**.

3. The Amended Joint Motion for Approval of Settlement Agreement (Doc. 28) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on March 15, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties