UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHERMON DORN,

    Plaintiff,

v.      Case No: 6:17-cv-1262-Orl-40TBS

LOWMAN'S ENTERPRISES GROUP,
INC., JIMMIE LOWMAN and
ESPERANZA LOWMAN,

    Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Second Amended Joint Motion for Approval of Settlement Agreement (Doc. 32) filed on May 18, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 21, 2018 (Doc. 33), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The following language in the Settlement Agreement (Doc. 32-1) is **invalid**: "the Court shall retain jurisdiction over this matter solely for the purpose of enforcement of this Agreement."

3. The Second Amended Joint Motion for Approval of Settlement Agreement (Doc. 32) is **GRANTED**.

4. The Settlement Agreement (Doc. 32-1) is approved.

5. The case is **DISMISSED with prejudice**.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 5, 2018.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties